PROB 22
(Rev. 1/24)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:16-cr-00235-008 |
| DOCKET NUMBER *(Rec. Court)* |
| 2:26-cr-00007-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Maryland | Baltimore |

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

**JAN 15 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ **AMMi** _____ DEPUTY

Dymir Rhodes

Henderson, NV 89012

| NAME OF SENTENCING JUDGE |
|---|
| Catherine C. Blake
Reassigned 10/19/2022 to
Stephanie A. Gallagher |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/19/2024 | 04/18/2029 |

**OFFENSE**
21§846, 860 Conspiracy to Distribute and Possess W/ Intent to Distribute a Controlled Substance

**SENTENCING DATE:** 10/20/2017

**JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)**

Mr. Rhodes has been supervised in the District if Nevada since the commencement of supervision and has no plans to return to the District of Maryland.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| January 9, 2026 | *[signature]* |
|---|---|
| *Date* | *United States District Judge* |
| | Stephanie A. Gallagher |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1/15/2026 | *[signature]* |
|---|---|
| *Effective Date* | *United States District Judge* |